UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMCOA, LLC,<br><br>                              Plaintiff,<br><br>           -against-<br><br>HIVEBRITE (KIT UNITED SAS),<br><br>                              Defendant. | 25-cv-4794 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 11, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 12, 2025
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge